BOND RECOMMENDATION: mam/kr

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

BRUCE LEE JENNINGS

**WARRANT FOR ARREST**

CASE NUMBER: 6:12-mj-~~1418~~ 1429

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BRUCE LEE JENNINGS and bring forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging with Distribution and Possession of Child Pornography, in violation of Title 18, United States Code, Section(s) 2252A(a)(2)(A) and (a)(5)(B).

David A. Baker
Name & Title of Judicial Officer

[signature]
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Orlando FL  9/15/2012
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 9/14/2012 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/14/2012 | Randy Key CI&WM | [signature] |

FILED 2012 SEP 17 PM 2:59 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA